UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

JAMES E. WELCH, Trustee;
GINGER I. WELCH, Trustee;
JUAN ALVARADO-MENDEZ; and Does 1-10,

    Defendants.

Case No.: 2:16-CV-00515-MCE-EFB

**ORDER**

## ORDER

Pursuant to the parties' Notice of Settlement (ECF No. 8), the Court hereby vacates all currently set dates. Within sixty (60) days from the date this Order is electronically filed, the parties shall file either a Joint Stipulation of Dismissal or show cause in writing why this case has not been dismissed.

IT IS SO ORDERED.

Dated: May 17, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE