UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAMES E. WELCH, Trustee;<br>GINGER I. WELCH, Trustee;<br>JUAN ALVARADO-MENDEZ; and<br>Does 1-10,<br><br>　　　　Defendants. | Case: 2:16-CV-00515-MCE-EFB<br><br>**ORDER** |

**ORDER**

Pursuant to the parties' Stipulation (ECF No. 10) and F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

　　IT IS SO ORDERED.

Dated:  June 8, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE